10.22.2025

United States Northern District Court of Iowa
111 Seventh Ave. SE
Cedar Rapids, IA. 52401-2101

6:25-cv-2060-LTS-MAR

Diana Turnage
1011 Barrington Dr
Cedar Falls, Iowa
50613

Vs.
Donald J. Trump
James Davis Vance

GRIEVANCE

In accordance with my first amendment right to petition this government for a redress of my grievance, I state the following:

On January 6, 2021, Donald Trump and J.D. Vance have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who pleaded guilty or were found guilty of crimes related to the insurrection.

The 14th amendment forbids the defendants from holding their respective offices.

Therefore, I demand that Donald Trump and James Davis Vance be declared illegitimate holders of their office and removed therefrom.

I have standing to sue because allow an unqualified, deranged, vindictive, illegitimate person to sit as President is causing me great distress and damage to my personal well-being.

I request a preliminary injunction, to prevent Trump from exercising presidential powers so as to prevent irreparable damages.

Ineligibility to serve as President existed prior to the last election. Therefore, Kamala Harris, in the eyes of the law, ran unopposed and is the legitimate President.

Please refund my filing cost.

Signed,

*Diana Turnage*
Diana Turnage

Ms. Diana F. Turnage
1011 Barrington Dr.
Cedar Falls, IA 50613



WATERLOO IA 507
24 OCT 2025 AM 1 L



10-24
a

XRAYED US MARSHALS SERVICE

United States Northern District Court of Iowa
111 Seventh Ave. SE
Cedar Rapids, IA 52401-2101

52401-210312